rect Manifest Injustice" under Rule 29.07(d). We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Jonathan C. NAUGLES, Appellant.**

**No. ED 79231.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 21, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 2001.

Jonathan Naugles, Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M GAERTNER, J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Jonathan Naugles (Appellant) appeals the trial court's judgment denying his "Motion to Withdraw Guilty Plea to Cor-